AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

JUDGE BERMAN

GANG LIU

*Plaintiff*

Morgan Stanley Inc; Pfizer Inc;
Google Inc; Robert L. Bernstein;

*Defendant*

)
)
)
)
)
)
)
)

Civil Action No. **11 CIV 5229**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PRO SE
GANG LIU
11 RIDINGS PARKWAY, PRINCETON, NJ 08540

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: JUL 2 7 2011

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE BERMAN

Gang Liu

_(In the space above enter the full name(s) of the plaintiff(s).)_

11 CIV 5229

COMPLAINT

-against-

Morgan Stanley Inc.

Pfizer Inc.

Google Inc.

Robert L. Bernstein

Jury Trial: ☒ Yes    ☐ No

(check one)

RECEIVED
JUL 27 2011
U.S.D.C. S.D.N.Y.
CASHIERS

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

## I.    Parties in this complaint:

A.    List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff     Name  Gang Liu

Street Address  11 Ridings Parkway

County, City  Princeton

State & Zip Code  NJ 08540

Telephone Number  646-591-9803

RECEIVED
JUL 27 2011
PRO SE OFFICE

B.    List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1     Name  Morgan Stanley Inc.

Street Address  1585 Broadway

_Rev. 05/2010_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gang Liu
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Morgan Stanley Inc.
_____
Pfizer Inc.
_____
Google Inc.
_____
Robert L. Bernstein
_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☒ Yes    ☐ No
*(check one)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff        Name Gang Liu
                Street Address 11 Ridings Parkway
                County, City Princeton
                State & Zip Code NJ 08540
                Telephone Number 646-591-9803

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1        Name Morgan Stanley Inc.
                    Street Address 1585 Broadway

*Rev. 05/2010*

County, City  New York, New York

State & Zip Code  NY 10036

Telephone Number  212-761-4000

Defendant No. 2    Name  Pfizer Inc.

Street Address  235 East 42nd Street

County, City  New York, New York

State & Zip Code  NY, NY 10017

Telephone Number  212-733-2323

Defendant No. 3    Name  Robert L. Bernstein

Street Address  350 Fifth Avenue, Suite 3311

County, City  New York, New York

State & Zip Code  NY 10118

Telephone Number  212-239-4495

Defendant No. 4    Name  Google Inc.

Street Address  76 Ninth Ave

County, City  New York, New York

State & Zip Code  NY 10011

Telephone Number  212-565-0000

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Questions          ☒ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Civil Rights Act. (28 USC 1331), Employment, and other civil rights.

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship New Jersey.

Defendant(s) state(s) of citizenship New York.

## III.    Statement of Claim:

State as briefly as possible the facts of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? The events happened in New York of the United States.

B.      What date and approximate time did the events giving rise to your claim(s) occur? The events Happened during time period August 2009 to July 2011.

C.      Facts:

| What happened to you? |
| --- |

The defendants, Morgan Stanley, Pfizer, and Robert L. Bernstein, have collaborated with the Chinese Communist government to persecute the plaintiff, Gang Liu, who is a well known Chinese dissident and has been listed on the most wanted list by the Chinese Communist due to his role in the 1989s Tiananmen pro-democratic movement.

| Who did what? |
| --- |

See attached sheets for detailed facts.

| Was anyone else involved? |
| --- |

| Who else saw what happened? |
| --- |

## IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Due to the frequent harassment and the unrestricted war started by the Chinese government, and due to the the defendants' "sickening collaboration" with the Chinese government, the defendants has made the plaintiff Gang Liu sustained serious injuries and loss of money,  including but not limited to:

1. The plaintiff was arrested and put into jail 3 times.
2. Got fired by Morgan Stanley.
3. Spent huge amount of money for lawyers.
4. Haven't got chances to visit two years old baby in a long time.
5. Difficult to find wall street jobs.

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

The plaintiff asked for $20,000,000 compensation from Morgan Stanley Inc.,

$10,000,000 compensation from Pfizer Inc.,

$1,000,000 compensation from Robert L. Bernstein.,

$10,000,000 compensation from Google Inc.

Each of the first 3 defendants should stop any further "sickening collaboration" with the Chinese government.

Each of the first 3 defendants should stop any further "sickening collaboration" with the Chinese Military officer Yinghua Guo.

Each of the first 3 defendants should stop providing any helps to the "unrestricted war" started by the Chinese Government.

The plaintiff requests Google to provide the following intruder's Email accounts' information for further investigation: steellegang@gmail.com, gang.liu.1989@yeah.net,

Google should try to enhance its security system to protect its clients.

Google has stood up to fight against the "Unrestricted War". Each of the first 3 defendants should follow the example given by Google, and stand up to fight against the Chinese Government.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 27 day of July                , 20 11 .

Signature of Plaintiff    Gang Liu        [signature] 7/27/2011

Mailing Address    11 Ridings Parkway

Princeton, NJ 08540

Telephone Number    646-591-9803

Fax Number *(if you have one)*

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

*Rev. 05/2010*

Statement of Claim

C. Facts

The defendants, Morgan Stanley, Pfizer, and Robert L. Bernstein, have collaborated with the Chinese Communist government to persecute the plaintiff, Gang Liu, who is a well known Chinese dissident and has been listed on the most wanted list by the Chinese Communist due to his role in the 1989s Tiananmen pro-democratic movement.

The attached sheets 1, 2 shows that Gang Liu was a student leader and was jailed in prison for political reasons. The Chinese Communist has continuously to persecute and harass Gang Liu even he escaped to the United States for political asylum.

Morgan Stanley, the first defendant, hired Gang Liu in Aug. 2009. Since then, the Chinese government has given tremendous pressure to Morgan Stanley and forced Morgan Stanley to harass Gang Liu, and eventually fired Gang Liu without normal reasonable reasons On July 8th, 2011.

On June 28th, 2010, Gang Liu gave presentation to a group of Chinese students through teleconference as scheduled. once Liu was recognized as the Student Leader in 1989's pro-democratic movement, the Chinese students protested and   boycotted the lecture given by Gang Liu. Immediately, the manager of the educational program ejected Gang Liu from the lecture. All the videos of that lecture was forced to be called back as long as Gang Liu showed up in the video. Since then, the HR represents of Morgan Stanley had meeting with Gang Liu weekly, forced Liu to report all of his activities, including posting articles on the web.

Another type of the pressure given by the China government to Morgan Stanley is Cyber attacks. Some Chinese security agents warned and threatened Gang Liu about the Cyber attacks to his employer. Gang Liu reported to HR and the Legal department of Morgan Stanley about the potential Cyber attacks from the Chinese government. However, Morgan Stanley didn't take Liu's warnings seriously. In Feb. 2011, Morgan Stanley was attacked by China-based hacker, see attached sheets 3, 4, 5.

The Cyber attacks made Morgan Stanley tremendous loss, at least multi-billion dollars. Had Morgan Stanley taken Gang Liu's warning's seriously and had taken some actions, the Cyber attacks would have been avoided. That means the tips provided by Gang Liu to Morgan Stanley worth of multi billion dollars!

After the Cyber attack, Morgan Stanley immediately took some response actions. Instead of protesting the Cyber attacker-the Chinese government, Morgan Stanley complained Gang Liu as the cause of the Cyber attack. The HR representatives frequently asked Gang Liu not expose his relationship with Morgan Stanley, not post articles to criticize the Chinese Communist, not expose the Cyber attacks against Morgan Stanley, and not expose the real reasons for the Cyber attacks.

On July 7, 2011, Gang Liu was arrested due to the false accusation from a Chinese military officer. On July 8th, 2011, right after Gang Liu's release from prison, Morgan Stanley fired Liu

without any specific reasons. Being a Chinese dissident and a target of the Chinese government is the only reason for Gang Liu being fired by Morgan Stanley!

Morgan Stanley helped the Chinese government to reach one of its objectives - to fire Gang Liu. This is a "sickening collaboration" with the Chinese government and for "decapitating the voice of the dissidents" there. See attached sheet 6.

Morgan Stanley is collaborating with China in the "unrestricted war" against the United States, and thus Morgan Stanley is a treason of the United States.

Pfizer, the second defendant, hired a Chinese military officer Yinghua Guo, who used faked ID to enter the USA for special missions in the "unrestricted war" against the USA. In August 2010, the plaintiff Gang Liu reported Yinghua Guo's military background to Pfizer. However, Pfizer did not investigate Yinghua Guo's background, instead, Pfizer sent two lawyers to meet and to threaten Gang Liu.

Pfizer is collaborating with China in the "unrestricted war" against the United States, and thus Pfizer is a treason of the United States.

Robert L. Bernstein, the Chairman of Human Rights in China, continuously helped the Chinese military officer Yinghua Guo to persecute the plaintiff Gang Liu. Bernstein has been notified about the military background of Yinghua Guo. However, Bernstein has never stopped providing helps to Yinghua Guo and to collaborate with the Chinese government to persecute the plaintiff Gang Liu. Bernstein has raised large amount funds illegally to Yinghua Guo. Bernstein has also introduced Yinghua Guo to meet other high profile organizations and individuals, including Warren Buffett, Ford Foundation, Atlantic Foundation, which are all targets to be bribed by the Chinese government.

Google, the fourth defendant, has clearly claimed that Google's email system had been phishing attacked by the Chinese government and the attacks were targeting the information of Chinese human rights activists and the phishing attacks have been used to compromise the Gmail accounts of Chinese human rights activists. My gmail accounts, steelegang@gmail and gang.liu.1989@gmail were all phishing attacked by the Chinese government. The intruders used my Gmail accounts to send emails to some of my friends and made them to suffer tremendous loss. The Chinese communist also created some Gmail accounts that are similar to mines, such as steellegang@gamil.com, gang.liu.1989@yeah.net, etc. The Chinese government used to use this email accounts and pretended to be me to send emails. My Gmail accounts were also frequently accessed by some suspicious people, probably the Chinese security agents. My Gmail accounts settings are frequently changed to forward my emails to some accounts created by the Chinese government. Google also blocked a Google-blog, "unrestricted warfare", created by Gang Liu. The plaintiff Gang Liu has reported all these Google security problems to customer support team of Google, however, Gang Liu has never got response from Google.

Although Google is also a victim of the Chinese government, the security problem in Google's Gmail systems has made the plaintiff Gang Liu suffered significantly, including being arrested through false accusation by the Chinese military officers. The Chinese military officer Yinghua

Guo submitted an email sent by the Chinese security agents to the New York criminal court to support her lawsuit against the plaintiff Gang Liu. Google is responsible for the plaintiff's loss and damages resulted by such false emails.

# The Austin Chronicle

FRIDAY, MAY 1, 1998

'I think I'm very lucky. For now, I can/had very tired.'
Liu Gang, a Chinese democracy promoter

## Night flight from China

### Hounded by government, dissident seeks refuge here



Liu Gang, a Chinese Dissident, escaped from China and arrived in the USA with the hepls of Clinton government after his 6 years nightmare in Chinese prison. However, his nightmare wasn't stopped. The Chinese Communist continually harass him and even tried to put him into the American prison 3 times. The Chinese Communist sent a military officer to enter the America and started an unrestricted war against Mr. Liu. Now, they are trying to kill him through the legal system of the United States.

# Chinese Take Journalists on Guided Tour of Prison

**By PATRICK E. TYLER**

New York Times, March 15, 1994



## China tries to ease pressure over treatment of prisoners.

# Morgan Stanley Attacked by China-Based Hackers Who Hit Google

http://www.bloomberg.com/news/2011-02-28/morgan-stanley-stanley-network-hacked-in-same-china-based-attacks-that-hit-google.html
By Michael Riley – Feb 28, 2011 8:03 PM ET







Recommend   262
Tweet   168
Share   0

▶ Play Video

Print     Email

Morgan Stanley headquarters in New York. Photographer: Daniel Acker/Bloomberg

March 1 (Bloomberg) -- Richard Falkenrath, a principal at the Chertoff Group and a Bloomberg Television contributing editor, discusses hacking attacks on Morgan Stanley's computer network by a China-based group more than a year ago. The attack was revealed the e-mails that were stolen from a cyber-security company working for the bank. Falkenrath speaks with Erik Schatzker on Bloomberg Television's "InsideTrack." (Source: Bloomberg)

Morgan Stanley experienced a "very sensitive" break-in to its network by the same China-based hackers who attacked Google Inc.'s computers more than a year ago, according to e-mails stolen from a cyber-security company working for the bank.

The e-mails from the Sacramento, California-based computer security firm HBGary Inc., which identify the first financial institution targeted in the series of attacks, said the bank considered details of the intrusion a closely guarded secret.

"They were hit hard by the real Aurora attacks (not the crap in the news)," wrote Phil Wallisch, a senior security engineer at HBGary, who said he read an internal Morgan Stanley report detailing the so-called Operation Aurora attacks.

The nickname came from McAfee Inc., a Santa Clara, California-based cyber-security firm, which said the attacks occurred for about six months starting in June 2009 and marked "a watershed moment in cyber security." The number of companies known to be hit in the attacks was initially estimated at 20 to 30 and now exceeds 200, said Christopher Day, senior vice president for Terremark Worldwide Inc., which provides information-technology security services.

The HBGary e-mails don't indicate what information may have been stolen from Morgan Stanley's databanks or which of the world's largest merger adviser's multinational operations were targeted.

"They have given me access to a very sensitive report on their Aurora experience," Wallisch wrote in a May 10 e-mail to HBGary President Penny Leavy-Hoglund. "I will honor their wishes about not sharing the info with anyone, but the good news is that I have some great ideas for our final reports."

Sandra Hernandez, a spokeswoman for the New York-based bank, which unlike Google didn't disclose the attacks publicly, declined to comment on them specifically.

http://www.nytimes.com/2006/02/15/technology/15end-internet.html

# House Member Criticizes Internet Companies for Practices in China



Manuel Balce Ceneta/Associated Press

From left to right, Mark Chandler, Cisco's general counsel, Elliot Schrage, a vice president for corporate communications at Google, Jack Krumholtz, managing director of federal government affairs and associate general counsel for Microsoft, and Michael Callahan, Yahoo's general counsel before a joint hearing on the Internet in China.

Sign In to E-Mail This
Printer-Friendly
Single-Page
Reprints
Save Article

By TOM ZELLER Jr.

Published: February 15, 2006

WASHINGTON, Feb. 15 — In a crowded House hearing room, Representative Christopher H. Smith, Republican of New Jersey, unleashed a scathing condemnation of four American Internet and technology companies — Google, Yahoo, Microsoft and Cisco — for a "sickening collaboration" with the Chinese government and for "decapitating the voice of the dissidents" there.

Mr. Smith's statements opened much anticipated hearings aimed at getting executives of the four companies to give a more complete accounting of their business dealings in China, and to air the concerns of critics who say the companies do business in China at the peril of human rights.

Among the chief issues is the alteration of online products in the Chinese market — from search engines to blogging tools — to conform with the repressive requirements of the government there.

Also of concern is the sale to China of Internet hardware that the Chinese government has been able to deploy in the surveillance of its online population, as well as the role American companies are being forced to play in the undemocratic imprisonment of Chinese citizens for online behavior that in the West would be considered simple free speech.

**Related**

Prepared Testimony:
- Cisco
- Google
- Microsoft
- Yahoo

Blogging the Hearings:
- Rebecca MacKinnon - research fellow at Harvard's Berkman Center for Internet & Society
- Clayton Wagar - RedState.com
- Tim Chapman - national political writer for Townhall.com

Related Article
- Online Firms Facing Questions About Censoring Internet Searches in China (February 15, 2006)



Settings - gang.liu.1989@g...

uments   Photos   Reader   Web   more ⌄

gang.liu.1989@gmail.com ⌄

Search Mail   Search the Web

Show search options
Create a filter

**Settings**

General   Labels   Accounts and Import   Filters   Forwarding and POP/IMAP   Chat

Web Clips   Labs   Priority Inbox   Offline   Themes   Buzz

**Forwarding:**

○ Disable forwarding

◉ Forward a copy of incoming mail to
tonyshuang01@gmail.com (in use) ◀ and
keep Gmail's copy in the Inbox ◀

[ Add a forwarding address ]

Tip: You can also forward only some of your mail by creating a filter!

**POP Download:**
Learn more

1. **Status:** POP is enabled for all mail that has arrived since 8/29/09
○ Enable POP for **all mail** (even mail that's already been downloaded)



6 Followers

中国反共义勇军 - Hide

NEW POST - Edit Posts - Comments - Settings - Design - Monetize - Stats

43 Posts, last published on Jul 4, 2011 - View Blog

7 Followers

反审讯反改造反洗脑 - Hide

NEW POST - Edit Posts - Comments - Settings - Design - Monetize - Stats

14 Posts, last published on Jun 8, 2011 - View Blog

揭露假新闻 - Hide

NEW POST - Edit Posts - Comments - Settings - Design - Monetize - Stats

9 Posts, last published on May 28, 2011 - View Blog

反整肃启

NEW POST - Edit Posts - Comments - Settings - Design - Monetize - Stats

9 Posts, last published on May 14, 2011 - View Blog

Restore access to this blog. Learn more

Displaying 6 of 7 blogs - Show all

zhonggong - gang.liu.1989@gmail.com - Windows Internet Explorer

https://mail.google.com/mail/?shva=1#label/zhonggong

edit   View   Favorites   Tools   Help

Search ▾ | More »

Remove label   Spam   Delete   Previous   Next   ⊡ | ☐ Options ▾   Move to ▾   Labels ▾   More ▾   ↻

1 - 18 of 18

| | | | |
|---|---|---|---|
| 格丹, me (4) | zhonggong | 请回复是否参加。我在北邮给你发的这个邮件。我已经北邮自东平。在2011年2月17日 | Feb 17 |
| wp, me (2) | zhonggong | Re: 1月30日晚会拍摄。这个是发送的邮件。切勿打开邮件。我已经向FBI举报。This is not sent | Feb 9 |
| Haiyan, me (2) | zhonggong | Re: 1月30日晚会拍摄 - Hi Haiyan. This is not sent by me. Someone sent it and pretend to be s | Feb 9 |
| 沈荣 | zhonggong | Fwd: 请回复是否参加 - 刘刚 Happy New Year, thank you for. I wish I can go to the par | Feb 4 |
| Gang, me (2) | zhonggong | Re: 请回复是否参加 - 在2011年1月28日下午9:00 - <gang.liu.1989@gmail.com>写道: 你好! | Feb 4 |
| Haiyan Wang | zhonggong | Forwarded message From: Gang Liu <steelegang@gmail.com> Date: 2 | Feb 2 |
| zengkaijunsmzx | zhonggong | 晚会的的照片 · 晚会现场拍摄的照片 From 116刘刚Google 打开查看下载 | Jan 31 |
| jintao, me (2) | zhonggong | Re: 请回复是否参加 · 晚会现场拍摄的照片 · 有人冒充我发的 · 请附件清清看 · 请勿打开。 | Jan 31 |
| 张雪雪, me (2) | zhonggong | Re: 请回复是否参加 - 金飞,这个Email里有人冒充你发的。请勿点击里照。明天 | Jan 29 |
| Han Gao (2), Draft | zhonggong | FW: 不论是否参加 · 翻译回复 · 有人冒充我发出 2011/11/28 Han Gao <gaohan2005@gmail.com> 你的 | Jan 29 |
| stella lee (2) | zhonggong | Re: 请回复是否参加 - 对不起。我真上课。又太忙了。签到!一条 · 不知道继日 · xwl1943@gmail.com总是票不出去邮 | Jan 29 |
| Xu, Wenli | zhonggong | Re: 请回复是否参加 - what are you referring to? please send me details 2011/1/28 <gang.liu.19 | Jan 28 |
| Tristan Zhang | zhonggong | Re: 请回复是否参加 - 目前本人无法前往参加。期谢邀请!祝春节快乐! 吕洪来 在2011年1月2 | Jan 28 |
| 杨子华 | zhonggong | Re: 请回复是否参加 - 刘刚你好!最近有好多需要卡的邮请邮件。这是你发来的吗?此邮也没寄贺 | Jan 28 |
| JENNY CHEN | zhonggong | Re: 请回复是否参加 - 刘刚你好! | Jan 28 |
| 吕洪来 | zhonggong | Fw: 迎新聚会 - Hi David and Peter, This is one of the email that pretended sent by me (Gang Li | Jan 28 |
| AY, me (2) | zhonggong | | Jan 28 |
| Gang, me, Eric (3) | zhonggong | 迎新聚会 - 刘刚/你好! 非常感谢你的应邀邀请。不5的欢是。那天是星期天、我们 | Jan 25 |

Internet | Protected Mode: On   ⊕ 100% ▾

nese Communist security agents frequently accessed my google emails account to send emails to some of my friends. Here is part of the got my emails to invite them to have a party in my house in NJ. I have never sent those invitations. Then, the Chinese military officer Guo used such kind emails to file lawsuit against me and put me into prison! It is no doubt that the Chinese military agents tried to y email accounts and then used my personal information to destroy my life in the United States!

我为此TIMESHARE没有卖掉。

因为住房条件太好。我又多买了一个BEDROOM

现在我在ORLANDO有4个BEDROOM/WEEK

每个BEDROOM可以独立分开出租。

就是说一下可用4个BEDROOM可以用一个礼拜。

每次用一个BEDROOM可用四个礼拜，可聚可分。

每个BEDROOM 都有主卧室加LIVING ROOM。最少可住4个人以上。

厨房，卫生间，（Jakuzi）洗衣机，洗碗机，厨具，炊具 微波炉，冰箱一应俱全。

两个大电视。从我们的阳台看出去，可以看到每晚EPCOT AND MAGICAL KINGDOM
两处放的烟花。

总之，一句话，是个高级享受的地方。

任何旅馆旅馆比不能比的。

在度假山庄内可以看电影，打网球，乒乓，篮球，骑自行车，划船，打MINI高尔夫

10几个热水，游泳池24小时开放。

建议大家都去享受一下。

▮ — On Thu, 2/10/11, Gang Liu <steellegang@gmail.com> wrote:

> From: Gang Liu <steellegang@gmail.com>
> Subject: Re: 迎新晚会
> To: ▮▮▮▮▮@yahoo.com
> Date: Thursday, February 10, 2011, 9:15 PM

▮兄：

春节快乐！你没能来很遗憾。希望明年春节可以前来同贺。

度假山庄的消息我会尽快通知大家。

照片我俩加整理，稍后发给你。

应朋友之托，转发一下关于被拐卖儿童讨论的维权行动方案。希望你可以给点建议。

在 2011年1月29日 上午9:42，▮▮▮▮▮@yahoo.com
写道：

> 刘刚：
> 感谢你邀请我们。

> 我们希望期购会到佛州迪斯尼世界去，我们在那里有三个卧室/礼拜，一年有26周可选。

> 12年前我们花▮万美元买的。如今市价才▮万。

> 我们因为维修付900美元/年的税和服务费，打算这次去把它卖贵了▮万就打算卖手一。

> 如果卖不了，做捐给民运去用。

> ▮▮▮▮▮去年就在那里开的年会。

> 如果你有这次聚会的照片，丰常高兴看到 代表我网秘所有献身民主事业的人，

> 简称民运士。

> 可以将我们这个度假山庄的消息告诉▮▮▮和你认为应该告诉的民运人士。

> 3个卧室，每个卧室可以合法住4个人。

> 每个卧室都带厨房，客厅，洗衣机 等生活设备一应俱全。

> 离迪斯尼世界乐园只有一英里。

▮ — On Thu, 1/27/11, Gang Liu <steellegang@gmail.com> wrote:

> From: Gang Liu <steellegang@gmail.com>
> Subject: 迎新晚会
> To: ▮▮▮▮▮@yahoo.com
> Date: Thursday, January 27, 2011, 10:36 PM

中国春节即将来临。我邀请一些朋友来我家举行迎春晚会。若有时间，请你到我家聚会。附件是晚会的时间安排。若不便，请按时前来。

时间：1月30日下午1:00 时 — 10：00时
地点：
▮▮▮▮▮ 4 0

祝祝新春愉快！

---

Forwarded message
From: <gang.liu.1989@gmail.com>
Date: 2011/1/28
Subject: 请回复是否参加
To: ▮▮▮▮▮@gmail.com

你好！ 晚会即将举行，不论是否参加，都请回复，以便于安排座位。另，自己做了张简单的新年贺卡发给你，遥聊表心意。提前祝你新春愉快！ 刘刚

贺卡.pic
1.3M 以 Google 打开 查看 下载

from ▮▮▮▮▮@gmail.com
to Gang Liu <steellegang@gmail.com>
date Fri, Jan 28, 2011 at 12:42 PM
subject Fwd: 迎新晚会
mailed-by gmail.com
signed-by gmail.com

hide details Jan 28 (6 days ago)

刘刚兄，

这是第一个。附件里应该有木马。怀疑不只我一人收到。他们用的地址是
steellegang@gmail.com，比你的正版多了一个"l"。Email的内容看起来是动了脑筋的，比较有欺骗性。
因为我刚上网，所以觉得很奇怪。你在东岸的朋友们更容易上当。

from steellegang@gmail.com
Date: 2011/1/27
Subject: 迎新晚会
To: ▮▮▮▮▮@gmail.com

中国春节即将来临。我邀请一些朋友来我家举行迎春晚会。若有时间，请你到我家聚会。附件是晚会的时间安排。若不便，请按时前来。

时间：1月30日下午1:00 时 — 10：00时
地点：
▮▮▮▮▮

预祝新春愉快！

刘刚

时间安排.DOC
103K  View  Download

### Re: 1月30日晚会拍摄    zhonggong  | ×

from wp jiang ▮▮▮▮▮@gmail.com    hide details Feb 9  ↰ Reply  ▼
to gang.liu.1989@gmail.com
date Wed, Feb 9, 2011 at 8:53 AM
subject Re: 1月30日晚会拍摄
mailed-by gmail.com
signed-by gmail.com

特务！

**McAfee SiteAdvisor Warning**
**This e-mail message contains potentially unsafe links to these sites:**
google-mail.dyndns.org ⊗

在 2011年2月8日 下午10:01，<gang.liu.1989@gmail.com>写道：
1月30日晚会拍摄的照片。非常高兴，感谢大家！明年定度朌多天通知，欢迎更多的朋友前来问贺！

from Gang Liu gang.liu.1989@gmail.com    hide details Feb 9  ↰ Reply  ▼
to wp jiang ▮▮▮▮▮@gmail.com
date Wed, Feb 9, 2011 at 8:13 PM
subject Re: 1月30日晚会拍摄
mailed-by gmail.com

这不是我发的邮件。切勿打开此邮件。我已经向FBI举报。

This is not sent by me. Someone sent it and pretend to be sent from my email account. I already reported to FBI.

Thanks,
Gang

```
Court Name: District Court
Division: 1
Receipt Number: 465401012670
Cashier ID: Lcurtis
Transaction Date: 07/27/2011
Payer Name: GANG LIU
-------------------------------
CIVIL FILING FEE
  For: GANG LIU
  Amount:          $350.00
-------------------------------
CREDIT CARD
  Amt Tendered:   $350.00
-------------------------------
Total Due:        $350.00
Total Tendered:   $350.00
Change Amt:       $0.00

11CV5229  RMB
```



RECEIVED
JUL 27 2011
PRO SE OFFICE

JS 44C/SDNY
REV. 5/2010

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
Gang Liu

DEFENDANTS
Morgan Stanley Inc, Pfizer Inc. Google Inc., Robert L. Bernstein

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
PRO SE

ATTORNEYS (IF KNOWN)
GANG LIU, 11 Ridings Parkway, Princeton, NJ 08540

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Civil Rights Act. ( 28 USC 1331) Diversity of Citizenship ( 28 USC 1332)

Has this or a similar case been previously filed in SDNY at any time? No? [X] Yes? [ ]   Judge Previously Assigned

If yes, was this case Vol.[ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*                        NATURE OF SUIT

ACTIONS UNDER STATUTES

**TORTS**

|  | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|

**CONTRACT**

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**

[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

[ ] 610 AGRICULTURE
[ ] 620 OTHER FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/COMMODITIES/EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

**ACTIONS UNDER STATUTES**

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATI
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**CIVIL RIGHTS**

[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[✓] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**

[ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

**IMMIGRATION**

[ ] 462 NATURALIZATION APPLICATION
[ ] 463 HABEAS CORPUS-ALIEN DETAINEE
[ ] 465 OTHER IMMIGRATION ACTIONS

RECEIVED
JUL 27 2011
PRO SE OFFICE

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 41,000,000   OTHER _____

*Check YES only if demanded in complaint*
JURY DEMAND: [✓] YES [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

JUDGE _____   DOCKET NUMBER _____

NOTE:  Please submit at the time of filing an explanation of why cases are deemed related.

*(PLACE AN  x  IN ONE BOX ONLY)*                                ORIGIN

☒1 Original Proceeding
☐ 2a. Removed from State Court
☐ 2b. Removed from State Court AND at least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judge Judgment

*(PLACE AN  x  IN ONE BOX ONLY)*        BASIS OF JURISDICTION        *IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1322, 1441)*

☐ 1 U.S. PLAINTIFF    ☐ 2 U.S. DEFENDANT    ☒ 3 FEDERAL QUESTION (U.S. NOT A PARTY)    ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF DEF |  | PTF DEF |  | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1  [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3  [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5  [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2  [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4  [ ]4 | FOREIGN NATION | [ ]6  [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Sommerset County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

New York County

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE JUL 27 2011    SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
                    PRO SE OFFICE                      [ ] NO
RECEIPT #                                              [ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
                                                       Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)